RECEIVED

NOV 26 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ROBERT REEDOM | * | CIVIL ACTION NO. 13-0467 |
| VS. | * | JUDGE DOHERTY |
| SABRA A. CRAPPELL, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the the Motion to Dismiss for Failure to Prosecute Pursuant to Local Rule of the Western District 41.3, and Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(5) for Insufficient Service of Process, and Under Federal Rule of Civil Procedure 12(b)(1) for Lack of Subject Matter Jurisdiction filed by defendants, Sabra Crappell and State Farm Mutual Automobile Insurance Company [rec. doc. 9], is **GRANTED**, and that this case is hereby **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 26 day of November, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE